HOLLYWOOD SERVICES, INC.
P.O. BOX 4901          P.O. 2473
VAIL, CO 81658         BASALT, CO 81621

Thursday December 10, 2009

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2009

GREGORY C. LANGHAM
CLERK

## Petition to Quash Summons

Petitioner: Hollywood Services, Inc.

Respondent: United States

10th Circuit Court – Colorado
Alfred A. Arraj, United States Courthouse 2nd floor
901 9th St
Denver, Co. 80294

09CV02891-WDM-MJW

Summons issued to:

Firstbank
12345 W. Colfax Ave, Lakewood, Co. 80215

Argument to quash petition:

1. The Revenue officer did not notify Hollywood Services, Inc. of the Summons to Firstbank.
2. Hollywood Services, Inc. has asked the Revenue Officer to make some changes to 941 payments which were put into the wrong quarter, so that we might better ascertain exactly how much is owed. He has refused to do this and Hollywood Services, Inc. has contacted the Taxpayer Advocacy Group and is trying to sort through the case with them. Case Worker is Noreen Owens #022-76-98.
3. The Revenue officer has repeatedly refused to return calls for any questions posed by Hollywood Services, Inc. therefore making it extremely difficult to accomplish anything.

Hollywood Services, Inc. realizes that this Petition to Quash is after the 20 day period specified in the notice to respond. However the only notification Hollywood Services, Inc. received came as a copy from Firstbank and was received after December 3, 2009 which did not leave enough time to file in a timely manner.

David Lambert

President, Hollywood Services, Inc.



**1STBANK OF VAIL**

17 VAIL ROAD VAIL, COLORADO 81657 970-476-5686

ATTN: Noreen Owens

December 1, 2009

Hollywood Services Inc.
PO Box 4901
Vail, CO 81658-4901

Dear Mr. Lambert or Mr. Coe:

We have received a request for your financial records, and it is necessary for us to comply with it. Enclosed you will find a copy for your records that details the information and the timeframe under which we must comply with this request. You may have rights in this matter which could prevent the release of the information and may wish to contact legal counsel to discuss your rights.

If you have any questions, please contact a bank officer at (970)476-5686.

Sincerely,

Heather M. Lewis
Banking Officer

HML/vg
Enclosure

# Summons



In the matter of HOLLYWOOD SERVICES INC, PO BOX 4901, VAIL, CO 81658-4901
Internal Revenue Service (Division): SMALL BUSINESS/SELF EMPLOYED
Industry/Area (name or number): SB/SE AREA 6 (26)
Periods:   See Attachment 1 to Summons Form 2039 for Period Information

## The Commissioner of Internal Revenue

**FIRSTBANK**
At: 12345 W COLFAX AVE, LAKEWOOD, CO 80215

You are hereby summoned and required to appear before MARK ELLIOTT, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

A copy of all deposit items between August 1, 2009 and October 31, 2009

*This summons exempt from all third party notice requirements per IRC 7609(c)(2)(D)(i)*

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____     REVENUE OFFICER, 0283351
Signature of IRS Official Serving the Summons          Title

Business address and telephone number of IRS officer before whom you are to appear:
12600 W COLFAX SUITE C300, MS 5223 WO, LAKEWOOD CO 80215-3766  (720) 956-4629

Place and time for appearance at:  12600 W COLFAX SUITE C300, MS 5223 WO, LAKEWOOD, CO 80215-3766

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039 (Rev. 8-2008)
Catalog Number 21405J

on the 17th day of December, 2009 at 8:00 o'clock a.m. by mail
Issued under authority of the Internal Revenue Code this 18th day of November, 2009

MARK ELLIOTT _____
Signature of Issuing Officer                REVENUE OFFICER
                                            Title

_____                   Supervisory
Signature of Approving Officer (if applicable)   Title

Part A — to be given to person summoned

## Attachment 1 to Summons Form 2039

In the matter of **HOLLYWOOD SERVICES INC**

Period information: Form 940 for the calendar periods ending December 31, 2005 and December 31, 2008 and Form 941 for the quarterly periods ending September 30, 2001, December 31, 2001, March 31, 2002, June 30, 2002, December 31, 2002, March 31, 2003, September 30, 2003, March 31, 2004, June 30, 2004, September 30, 2004, December 31, 2004, June 30, 2005, September 30, 2005 and September 30, 2008